**WO**                                                                                                                                  SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Damian Dudley, ) | No. CV 08-1315-PHX-SMM (LOA) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| MCSO Detention Officer Robbinson, et al., ) | |
| Defendants. ) | |

Plaintiff Damian Dudley, who is confined in the Fourth Avenue Jail in Phoenix, Arizona, has filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 with an application to proceed *in forma pauperis*.[1] (Doc.# 1, 3.)[2] Plaintiff's inmate trust account submitted with his *in forma pauperis* application reflects that Plaintiff has released more than $20,000 from that account since October 30, 2007. It appears that Plaintiff may have resources with which to pay the filing fee in this action. Plaintiff will be required to file an affidavit signed under penalty of perjury within 30 days stating to whom and the purposes for the release of $13,293.30 on October 30, 2007 and $7,000.00 on December 6, 2007 from

---

[1] Plaintiff has filed approximately ten prior § 1983 actions in this District rather than four as he states in his Complaint. In some actions, he has spelled his first name "Damien." See e.g., Dudley v. Schriro, CV 04-2244-PHX-SMM (LOA); Dudley v. Venneman, CV03-0014-PHX-SMM (LOA); see also http://test.azcorrections.gov/isearch/inmate_datasearch/results.aspx?InmateNumber=112183&LastName=Dudley&FNMI=D&SearchType=SearchInet.

[2] "Doc.#" refers to the docket number of documents filed in this action.

1 his inmate trust account.  Accordingly,

2 **IT IS HEREBY ORDERED** that no later than 30 days from the filing date of this
3 Order, Plaintiff must file an affidavit signed under penalty of perjury explaining to whom and
4 the purpose for the release of $13,293.30 on October 30, 2007 and $7,000.00 on December
5 6, 2007 from his inmate trust account.

6 DATED this 23rd day of July, 2008.

Stephen M. McNamee
United States District Judge

- 2 -